# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIONEL KING,
    Petitioner,
    vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
    Respondents,
    and
THE STATE OF NEVADA,
    Real Party in Interest.

No. 71024

FILED

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a petition for a writ of mandamus challenging an indictment. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

On January 12, 2017, petitioner filed a motion to voluntarily withdraw the petition. Having considered the motion, we grant petitioner's request and we

ORDER the petition DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-03291

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk